JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., and PRINCIPAL BANK,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERICAN PRINCIPLE BANK,<br><br>　　　　Defendant. | Case No. 2:08-CV-05371 AHM (JTLx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>**Hon. A. Howard Matz** |

The Court having considered the Stipulated Notice of Dismissal Without Prejudice hereby orders that this action is dismissed without prejudice with Plaintiffs retaining the right to re-open this action within 60 days in the event the settlement agreement between the parties is not finalized.  Each party shall bear its own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: November 03, 2009

Hon. A. Howard Matz
United States District Court Judge

JS-6

-1-